# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| QUINCY DEWAYNE ROBINSON | CIVIL ACTION NO. 22-5928 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JULIAN C. WHITTINGTON, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation (Record Document 6) of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the Report and Recommendation, Plaintiff Quincy Dewayne Robinson's Complaint (Record Document 1) is **DENIED**, and all claims against all Defendants are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED** and **DECREED** that Plaintiff's Motion to Appoint Counsel (Record Document 2) is **DENIED AS MOOT**.

The clerk of court is directed to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 24th day of January, 2023.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE

1